```
 1
 2
 3
 4
 5
 6
 7
 8                       IN THE UNITED STATES DISTRICT COURT
 9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10  TOMMY LEE MATTHEWS,
11           Plaintiff,            No. CIV S-05-0437 LKK GGH P
12       vs.
13  SACRAMENTO COUNTY, et al.,
14           Defendants.           ORDER
15  _____/
```

16    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17 seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate

18 Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19    On May 25, 2005, the magistrate judge filed findings and recommendations herein

20 which were served on plaintiff and which contained notice to plaintiff that any objections to the

21 findings and recommendations were to be filed within twenty days. Plaintiff has not filed

22 objections to the findings and recommendations.

23    The court has reviewed the file and finds the findings and recommendations to be

24 supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

25 ORDERED that:

26 \\\\\

1. The findings and recommendations filed May 25, 2005, are adopted in full; and

2. The claims against defendant Sacramento County Sheriff's Department contained in the amended complaint filed April 21, 2005, are dismissed.

DATED: August 31, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/matt0437.800