IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY LEE MATTHEWS,

      Plaintiff,                    No. CIV S-05-0437 LKK GGH P

    vs.

SACRAMENTO COUNTY, et al.,

      Defendants.           <u>ORDER</u>

         On May 25, 2005, the court ordered plaintiff to submit within thirty days the forms required to serve defendant Para. Thirty days passed and plaintiff did not respond to this order. Accordingly, on August 5, 2005, the court recommended that this action be dismissed.

         On August 31, 2005, plaintiff filed objections. Plaintiff states that he was unable to comply with the May 25, 2005, order due to an injury. Good cause appearing, the findings and recommendations are vacated. Plaintiff is granted thirty days to comply with the May 25, 2005, order.

         Accordingly, IT IS HEREBY ORDERED that:

         1. The August 5, 2005, findings and recommendations are vacated;

/////

/////

1

        2. Plaintiff is granted thirty days from the date of this order to submit the forms necessary to effect service of defendant Para; failure to comply with this order will result in a recommendation of dismissal of this action.

DATED: 10/12/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
mat437.vac