IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY LEE MATTHEWS,

      Plaintiff,                    No. CIV S-05-0437 LKK GGH P

   vs.

SACRAMENTO COUNTY, et al.,

      Defendants.          ORDER

_____/

        On May 3, 2006, plaintiff filed a letter with the court requesting that the court order his transfer to a Level II prison. Plaintiff is informed that all requests for court orders must be made by formal motion.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 3, 2006, letter is disregarded.

DATED: 6/23/06                                /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

mat437.ord

1