IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY LEE MATTHEWS,

    Plaintiff,                    No. CIV S-05-0437 LKK GGH P

    vs.

SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.           ORDER
_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. On June 14, 2006, plaintiff filed a request for an extension of time. Plaintiff does not identify the grounds of his motion, although it appears that plaintiff may be seeking an extension of time to respond to defendants' discovery request. Because the court cannot determine the grounds of plaintiff's request, it is denied without prejudice.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 14, 2006 request for an extension of time is denied.

DATED: 6/27/06

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

matt0437.77e

1