1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TOMMY LEE MATTHEWS,

11              Plaintiff,                No. CIV S-05-0437 LKK GGH P

12        vs.

13   SACRAMENTO COUNTY, et al.,

14              Defendants.              ORDER

15   _____/

16              Plaintiff has requested the appointment of counsel.  The United States Supreme

17   Court has ruled that district courts lack authority to require counsel to represent indigent

18   prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In

19   certain exceptional circumstances, the court may request the voluntary assistance of counsel

20   pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

21   <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22   does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

23   counsel will therefore be denied.

24   /////

25   /////

26   /////

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's September 25, 2006

2    request for the appointment of counsel is denied.

3    DATED:  11/1/06

4                                                    /s/ Gregory G. Hollows

5                                                    GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE
6    GGH:bb
     matt0437.31
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26