IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY LEE MATTHEWS,

    Plaintiff,                       No. CIV S-05-0437 LKK GGH P

    vs.

SACRAMENTO COUNTY, et al.,

    Defendants.             <u>ORDER</u>

_____/

On October 6, 2006, defendant filed a request for an extension of time of three weeks beyond the discovery cut-off date to take plaintiff's deposition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant has until November 3, 2006, to take plaintiff's deposition or to file a motion to compel the same;

2. All other aspects of the scheduling order remain the same.

DATED: 11/2/06

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

mat437.eot

1