IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY LEE MATTHEWS,

        Plaintiff,                No. CIV S-05-0437 LKK GGH P

        vs.

SACRAMENTO COUNTY, et al.,

        Defendants.          <u>ORDER</u>

_____/

        On October 27, 2006, plaintiff filed a request for an extension of time to file his pretrial statement.  Pursuant to the July 5, 2006, scheduling order, plaintiff's pretrial statement is due on or before March 9, 2007.  Plaintiff's request for extension of time to file his pretrial statement is premature.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's October 27, 2006, request for extension of time to file his pretrial statement is denied.

DATED:  11/7/06

                            /s/ Gregory G. Hollows

                           _____
                           GREGORY G. HOLLOWS
                           UNITED STATES MAGISTRATE JUDGE

mat437.den

1