IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY LEE MATTHEWS,

     Plaintiff,                  No. CIV S-05-0437 LKK GGH P

    vs.

SACRAMENTO COUNTY, et al.,

     Defendants.          ORDER

_____/

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant Parra's September 5, 2006, motion to compel and for sanctions. For the following reasons, defendant's motion is denied.

        On May 1, 2006, defendant served plaintiff with special interrogatories (set one) and a request for production of documents (set one). On May 17, 2006, plaintiff served defendant with a response to the discovery requests. Plaintiff's responses lacked signatures and verification. On May 22, 2006, defendant sent plaintiff a letter notifying him of the deficiencies of his responses and inviting him to submit amended responses. Plaintiff did not respond to this letter.

        On July 7, 2006, plaintiff filed a motion for an extension of time to respond to defendant's discovery requests. On July 13, 2006, defendant filed a motion to compel. On July

1

24, 2006, the court granted plaintiff thirty days to serve defendant with his responses to the discovery requests. On August 14, 2006, plaintiff filed his responses. Again, plaintiff's responses lacked signatures and verification.

On September 5, 2006, defendant filed a renewed motion to compel. Defendant again argues that plaintiff did not provide him with responses containing signatures and verification. On September 25, 2006, plaintiff filed an opposition to defendant's motion. Plaintiff argues that he was unable to properly respond to defendant's discovery requests due to his mental problems which impair his ability to comprehend matters. Plaintiff states that at no time did he refuse to respond to defendant's discovery requests. On September 25, 2006, plaintiff submitted a verified response to defendant's discovery requests.

While plaintiff failed to respond to previous requests to provide verified and signed responses, he has now done so. In light of the fact that plaintiff is a prisoner proceeding pro se, and because plaintiff did not refuse to respond to defendant's discovery requests, the court finds that sanctions are not appropriate. Fed. R. Civ. P. 37(a)(4)(A). However, plaintiff is cautioned not to fail to respond appropriately in the future. Plaintiff's actions have unnecessarily taken the court's and defendants counsels' time.

Accordingly, IT IS HEREBY ORDERED that defendant's September 5, 2006, motion to compel is denied as moot; defendant's September 5, 2006, motion for sanctions is denied.

DATED: 11/20/06                                         /s/ Gregory G. Hollows

                                                        _____
                                                        GREGORY G. HOLLOWS
                                                        UNITED STATES MAGISTRATE JUDGE

ggh:kj
mat437.com