IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY LEE MATTHEWS,

      Plaintiff,                    No. CIV S-05-0437 LKK GGH P

   vs.

SACRAMENTO COUNTY, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Pending before the court is defendants' motion to compel filed November 3, 2006. The July 5, 2006, scheduling order set the discovery deadline for October 13, 2006. In the motion to compel, defendants state that they were unable to depose plaintiff prior to October 13, 2006, due to his recent transfer to Atascadero State Hospital. In the motion to compel, defendants seek permission to depose plaintiff past the discovery cut-off date.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' November 3, 2006, motion to compel is granted;

        2. Defendants may depose plaintiff within sixty days of the date of this order;

        3. The pretrial motion cut-off date of December 8, 2006, is vacated and re-set for April 20, 2007;

/////

1      4. The pretrial conference set for March 20, 2007, and the jury trial set for June
2  26, 2007, before the Honorable Lawrence K. Karlton are vacated; these dates will be re-set at a
3  later time, if appropriate.
4  DATED: 12/19/06　　　　　　　　　　　　/s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

7  mat437.dep